

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007

**MEMO ENDORSED**

July 2, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

BY FAX

Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:  Mercedes Amaparo o/b/o Gimel Miliano v. Astrue
     08 Civ. 1526 (NRB)

**MEMO ENDORSED**

Dear Judge Buchwald:

The Government's answer in the above-referenced Social Security case is due July 7, 2008. We write respectfully to request, with the consent of plaintiff, who is proceeding pro se, that the time to answer or move with respect to the complaint be adjourned for 30 days, until August 6, 2008. The reason for this request is that on June 24, 2008, we received from plaintiff approximately 200 pages of new medical evidence relating to her claim. Adjourning the answer date would give the Social Security Administration time to review the evidence to determine whether it would be a basis for remanding the case to reconsider plaintiff's claim. One prior adjournment of the answer date was granted in this case. We appreciate the Court's consideration of this request.

*An extension until July 29, 2008 is granted. So Ordered.*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

*Naomi Reice Buchwald, USDJ*
*7/3/08*

By: /s/ Susan D. Baird
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: Mercedes Amparo o/b/o Gimel Miliano