U.S. Department of Justice

United States Attorney
Southern District of New York

# MEMO ENDORSED

86 Chambers Street, 3rd floor
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/_/__
```

July 25, 2008

BY FAX

Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

                Re: Mercedes Amaparo o/b/o Gimel Miliano v. Astrue
                     08 Civ. 1526 (NRB)

Dear Judge Buchwald:

      The Government's answer in the above-referenced Social Security case is due July 29, 2008. We write respectfully to request, with the consent of plaintiff, who is proceeding pro se, that the time to answer or move with respect to the complaint be adjourned for eight days, until August 6, 2008. The reason for this request is that following our receipt of approximately 200 pages of new medical evidence from plaintiff on June 24, 2008, the Social Security Administration reviewed the new evidence, and on July 23, 2008, offered to remand this case for further proceedings. Adjourning the answer date would give plaintiff an opportunity to consider our offer. Two prior adjournments of the answer date were granted in this case. The second adjournment we requested, on July 3, 2008, requested that the answer date be adjourned to August 6, 2008, but the Court granted an extension only to July 29, 2008. We appreciate the Court's consideration of this request.

So Ordered
[signature] Naomi Reice Buchwald USDJ
8/4/08

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750