ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
MERCEDES AMPARO o/b/o             :
GIMEL MILIANO,                    :
                                  :
                    Plaintiff,    :
                                  :
        - v. -                    :   STIPULATION AND ORDER
                                  :        OF REMAND
MICHAEL J. ASTRUE,                :
Commissioner of                   :   08 Civ. 1526 (NRB)
Social Security,                  :
                                  :
                    Defendant.    :
                                  :
- - - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
~~July~~ Aug 1, 2008

MERCEDES AMPARO o/b/o
GIMEL MILIANO
Plaintiff pro se
3920 Broadway
  Apt.#51
New York, New York   10032
Telephone No.: (347) 767-8802

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York   10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:
_____
UNITED STATES DISTRICT JUDGE
8/5/08